UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **WESLEY KANE CAMPBELL,** | Case No. CV 16-149-GW(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed without prejudice.

Dated: January 15, 2016

_____
George Wu
United States District Judge